1  Lisa K. Nguyen (Bar No. 244280)
   lisa.nguyen@allenovery.com
2  Eric E. Lancaster (Bar No. 244449)
   eric.lancaster@allenovery.com
3  ALLEN & OVERY LLP
4  550 High Street, 2nd Floor
   Palo Alto, CA 94301
5  Telephone: (650) 388-1650
   Facsimile: (650) 388-1699
6
7  Attorneys for Defendants
   META PLATFORMS, INC.
8  AND FACEBOOK, INC.

9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12  STREET SPIRIT IP LLC,                3:23-CV-00879-LJC

13            Plaintiff,
                                         **STIPULATION FOR EXTENSION OF TIME**
14       v.                              **TO ANSWER OR OTHERWISE RESPOND**
                                         **TO COMPLAINT**
15  META PLATFORMS, INC., AND
    FACEBOOK, INC.
16
              Defendants.
17

18

19

20

21       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel

22  pursuant to Local Rule 6-1(a), that the time for Defendant Meta Platforms, Inc. (formerly Facebook,

23  Inc.)[1] to answer or otherwise respond to Plaintiff's Complaint is extended 45 days to May 8, 2023

24  (May 7, 2023 being a Sunday).  This change does not alter any date or event already fixed by a Court

25  order.

26       IT IS SO STIPULATED THROUGH COUNSEL.

27
_____
28  [1] On October 28, 2021, Facebook, Inc. changed its name to Meta Platforms, Inc.

Dated:  March 21, 2023                     Respectfully submitted,

                                                ALLEN & OVERY LLP

                                By:     */s/ Lisa K. Nguyen*
                                               Lisa K. Nguyen
                                               Attorneys for Defendants
                                               META PLATFORMS, INC. AND FACEBOOK, INC.

Dated:  March 21, 2023                     RAMEY LLP

                                By:     */s/ Susan S.Q. Kalra*
                                               Susan S.Q. Kalra
                                               William P. Ramey, III
                                               Attorneys for Plaintiff
                                               STREET SPIRIT IP LLC

**ATTESTATION**

Pursuant to Local Rule 5-1(h)(3), I hereby attest that all other signatories listed and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated:  March 21, 2023               */s/  Lisa K. Nguyen*
                                                      LISA K. NGUYEN